IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL CHAPPELL and ) | |
| DARLENE CHAPPELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 05-00347-BH-M |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Order entered this day granting defendant's motion for summary judgment, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, Wal-Mart Stores East, LP , and against the plaintiffs, Michael Chappell and Darlene Chappell, the plaintiffs to have and recover nothing of the defendant.  Costs are taxed against the plaintiffs.

**DONE** this 14th day of March, 2006.

                                                                             s/ W. B. Hand
                                                          SENIOR DISTRICT JUDGE